IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| ROBERT W. KRAMER, III *dba* CIS INTERNET SERVICES,<br><br>    Plaintiff,<br><br>vs.<br><br>HENRY PEREZ; SUZANNE BARTOK; and GARY C. BROWN,<br><br>    Defendants. | No. 3:04cv0153-JAJ<br><br>**AMENDED AND SUBSTITUTED JUDGMENT IN A CIVIL CASE** |

This action came before the court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that judgment in the amount of Two Hundred Thirty-Six Million Four Hundred Eighty Thousand Six Hundred Sixty Dollars ($236,480,660.00) is entered in favor of the plaintiff and against defendants Henry Perez and Suzanne Bartok, jointly and severally, on Kramer's Iowa Code Chapter 714E claim.

**IT IS FURTHER ORDERED** that judgment is entered in favor of defendants Henry Perez and Suzanne Bartok and against plaintiff on all of plaintiff's remaining claims.

**IT IS FURTHER ORDERED** that judgment is entered in favor of defendant Gary C. Brown and against plaintiff on all of his remaining claims.

**IT IS FURTHER ORDERED** that costs and attorney fees are taxed to defendants Perez and Bartok.


**DATE:** September 30, 2008.              CLERK, U.S. DISTRICT COURT


                                           *mem*
                                           _____
                                           By: Deputy Clerk