IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| ROBERT W. KRAMER, III *dba* CIS INTERNET SERVICES,<br><br>　　Plaintiff,<br><br>vs.<br><br>HENRY PEREZ; SUZANNE BARTOK; and GARY C. BROWN,<br><br>　　Defendants. | No. 3:04cv0153-JAJ<br><br><br><br><br>**ORDER** |

　　This matter comes before the court pursuant to the February 19, 2010 opinion of the United States Court of Appeals for the Eighth Circuit which reversed this court's decision holding defendant Suzanne Bartok jointly and severally liable to the plaintiff for $236,480,660 in statutory damages under Iowa Code § 714E.1. The Eighth Circuit Court of Appeals remanded this matter for further proceedings consistent with its opinion. The Mandate in this matter was issued on March 15, 2010.

　　Upon the foregoing,

　　**IT IS ORDERED** that the November 7, 2008 Amended and Substituted Judgment for statutory damages in the amount of $236,480,000 is hereby vacated with respect to Suzanne Bartok. Likewise, the permanent injunction as to Suzanne Bartok is vacated, as is the judgment against Bartok for plaintiff's costs and attorney fees. The Clerk of Court shall enter a Second Amended and Substituted Judgment in this matter finding in favor of defendant Suzanne Bartok and against plaintiff on plaintiff's Iowa Code Chapter 714E claim.

　　**DATED** this 18th day of March, 2010.

JOHN A. JARVEY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF IOWA