UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| Plaintiff | SECOND AMENDED AND SUBSTITUTED JUDGMENT IN A CIVIL CASE |
| v | CASE NUMBER: |
| Defendant |  |

JURY VERDICT . This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Date:                                                    CLERK, U.S. DISTRICT COURT

                                                         _____
                                                         By: Deputy Clerk