AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

| | |
|---|---|
| Robert W. Kramer, III.,<br>doing business as CIS Internet Services<br>v.<br>Henry Perez, Suzanne Bartok, Gary C. Brown | )<br>)<br>)   Case No.: 3:04-CV-00153-JAJ-TJS<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___03/18/2010___ against ___Robert W. Kramer, III.___ ,
_Date_
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 455.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 1,533.00 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 20.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 672.25 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 893.76 |
| | TOTAL   $ | 3,574.01 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other:   _____

s/ Attorney:   s/Diane B. Bratvold

Name of Attorney: Diane Bratvold

For: _____Suzanne Bartok_____          Date: ___03/23/2010___
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
*Clerk of Court*                        *Deputy Clerk*                        *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

### Itemization of "Other costs"

Suzanne Bartok paid interest on the $16,000 bond that she was forced to post in Texas in order to stay enforcement of the judgment.  Ms. Bartok paid the following interest on the bond:

| | |
|---|---|
| November 2009: | $316.15 |
| December 2009: | $308.41 |
| January 2010: | $134.69 |
| February 2010: | $134.51 |
| Total: | $893.76 |

The monthly credit card statements that was used to post the $16,000 bond are attached.

THIS DOCUMENT HAS A COLORED BACKGROUND AND A PINK INK SQUARE IN BOTTOM RIGHT CORNER. RUB SQUARE AND INK WILL FADE AND REAPPEAR.

Case 3-3AJ-TJS: Document 176: Filed 03/24/10: Page 4 of 11

**BRIGGS AND MORGAN**

214814

Briggs and Morgan, Professional Association
W2200 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101-1396

2 Nicollet Mall
Minneapolis, Minnesota 55402-2157

| Date | Amount |

Pay: *Four hundred fifty-five and 00/100***********************************

12/1/2008     $ ***455.00***

TO THE
ORDER OF:   Clerk of District Court.

TWO SIGNATURES REQUIRED IF OVER $2000.00
VOID 180 DAYS AFTER DATE OF ISSUE

*Lynn M Mattson*

⑈002⑈48⑈4⑈ ⑈09⑈0000⑈2⑈⑈ ⑈80⑈⑈083⑈⑈3⑈

Vendor ID:   06075

Check #:   214814

| Inv Date | Client | Matter | G/L Acct | Narrative | Amount | Inv Total |
|----------|--------|--------|----------|-----------|--------|-----------|
| Dec 01/08 | 38898 | 00001 | | (Davenport Division, Iowa)  VENDOR: Clerk of I | 455.00 | 455.00 |
| | | | | Invoice :  120108 | | |

Check Totals:     $455.00

Briggs and Morgan Professional Association     THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE.     Detach and Retain this Statement
                                               IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**Invoice**

**Linda Faurote-Egbers**

**Certified Shorthand Reporter**
**131 East Fourth Street**
**Davenport, IA  52801**
**563-884-7737**

| Date | Invoice # |
|---|---|
| 12/9/2008 | 398 |

| Bill To |
|---|
| Diane B. Bratvold<br>Attorney at Law<br>80 South Eighth Street<br>Suite 2200<br>Minneapolis, MN  55402 |

*File*
*Jacobs*

| Description | Amount |
|---|---|
| **Transcript of Proceedings:**<br>**In the Iowa District Court**<br>**For the Southern District of Iowa**<br>**Davenport Division**<br>**Civil No. 3:04-cv-153**<br>**Robert W. Kramer III, d/b/a**<br>**Internet Services**<br>**vs.**<br>**Henry Perez, Suzanne Bartok, and**<br>**Gary C. Brown** | |
| **Pretrial Conference held 10-11-07, 33 pages x $3.65** | 120.45 |
| **Trial held 11-27 & 28-07, 387 pages x $3.65** | 1,412.55 |
| **Originals filed electronically with the Court** | |

*Pat Driggs + Morgan ck# 215015*

| THANK YOU!  Fed. ID No. 42-1278243 | **Total** | **$1,533.00** |
|---|---|---|

BRIGGS AND MORGAN

Briggs and Morgan Professional Association
W2200 First National Bank Building
332 Minnesota Street
St Paul MN 55101-1396

215015

Pay: One thousand five hundred thirty three and 00/100

| Date | Amount |
|---|---|
| 12/16/2008 | $ ***1,533.00*** |

TWO SIGNATURES REQUIRED IF OVER $2000.00
VOID SIX DAYS AFTER DATE OF ISSUE

TO THE
ORDER OF:
Linda Egbers
181 East Fourth Street
Davenport, IA 52801

⑈00215015⑈ ⑉091000021⑉ 180110837131⑈

---

Vendor ID:  16588

Check #:  215015

| Inv Date | Client | Matter | G/L Acct | Narrative | Amount | Inv Total |
|---|---|---|---|---|---|---|
| Dec 09/08 | 38898 | 00001 | | VENDOR: Egbers, Linda; INVOICE#: 120908; D | 1,533.00 | 1,533.00 |
| | | | | Invoice : 120908 | | |

Check Totals:  $1,533.00

---

Briggs and Morgan Professional Association     THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE.     Detach and Retain this Statement
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

419422



500312

# Stay on top of your account with Capital One Online Banking.

Help to save trees by signing up for paperless statements—there is always up to 13 months of statement history available that you can access at any time.

It's easy—just log in to your account and click the Customer Service tab.

## With Online Banking you can:

▸ **Check your balance and monitor transactions** online 24/7—you can even sort or group them

▸ **Schedule a payment** when it works for you—in advance or on the day it's due

▸ **Set up customizable account alerts** so you know immediately when certain transactions post and more...

### Enroll today at www.capitalone.com



---

| Previous Balance | Payments & Credits | | FINANCE CHARGE | | Transactions | | New Balance | | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|---|---|---|---|
| $16,000.00 | $160.00 | + | $316.15 | + | $0.00 | = | $16,156.15 | | $477.00 | Dec. 01, 2009 |

Oct. 07, 2009 — Nov. 06, 2009      Page 1 of 1

PLEASE PAY AT LEAST THIS AMOUNT

---

**Visa Platinum Account**
4034-4414-3162-5498

✓ No Hassle REWARDS

**Your Account Information**

| TOTAL CREDIT LINE | $22,800.00 |
|---|---|
| TOTAL AVAILABLE CREDIT | $6,643.85 |
| CREDIT LINE FOR CASH | $4,560.00 |
| AVAILABLE CREDIT FOR CASH | $4,560.00 |

**Rewards Summary**

| | |
|---|---|
| Previous available balance: | 10,010- |
| Earned this period: | 0 |
| (reflects transactions posted during this billing cycle) | |
| Available Balance: | 10,010- |

**Payments, Credits & Adjustments**

| 1 | 24 OCT | PAYMENT | $160.00- |
|---|---|---|---|

---

**Finance Charges** (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $16,080.60 | 0.06342% D | 23.15% | $316.15 |
| Cash | $0.00 | 0.06342% D | 23.15% | $0.00 |

**ANNUAL PERCENTAGE RATE applied this period:  23.15%**

**At Your Service** - Go to www.capitalone.com to manage your account, or Call: 1-800-955-7070 to report a lost or stolen card or speak to Customer Service Relations

**Pay Online** at www.capitalone.com or mail your payment to: Capital One Bank (USA), N.A.  • P.O. Box 60599  • City of Industry, CA 91716-0599

**Send Inquiries to:** Capital One • P.O. Box 30285  • Salt Lake City, UT 84130-0285

**Manage your Rewards** online by visiting www.capitalone.com/milesrewards or Call: 1-800-228-3001

**Have a question about a charge on your statement?** Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/disputes

---

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.



1 4034441431625498 06          0000000160000477000

# Grow your savings faster with Direct Banking

## Why open a Direct Banking account?

Because it's online, we offer higher rates than many traditional branch banks do on many accounts.

- **Get the growth and convenience of saving money online**
- **FDIC deposit insurance increased to $250,000** (through 12/31/2013)
- **Convenient 24/7 account access** (Routine or unscheduled maintenance may impact accessibility.)

**MEMBER FDIC**

**www.capitalonedirect.com**



500313

---

| Previous Balance | | Payments & Credits | | FINANCE CHARGE | | Transactions | | New Balance | | Minimum Payment | | Due Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $16,156.15 | − | $477.00 | + | $308.41 | + | $0.00 | = | $15,987.56 | | $468.00 | | Dec. 31, 2009 |

PLEASE PAY AT LEAST THIS AMOUNT

Nov. 07, 2009 — Dec. 06, 2009    Page 1 of 1

**Visa Platinum Account**
4034-4414-3162-5498

**Your Account Information**

*No Hassle* REWARDS

| TOTAL CREDIT LINE | $22,800.00 |
|---|---|
| TOTAL AVAILABLE CREDIT | $6,812.44 |
| CREDIT LINE FOR CASH | $4,560.00 |
| AVAILABLE CREDIT FOR CASH | $4,560.00 |

**Rewards Summary**

| | |
|---|---|
| Previous available balance: | 10,010- |
| Earned this period: | 0 |
| (reflects transactions posted during this billing cycle) | |
| Available Balance: | 10,010- |

**Payments, Credits & Adjustments**

| 1 | 01 DEC | CAPITAL ONE ONLINE PYMT AuthDate 30 IN OV | $477.00- |
|---|---|---|---|

**Finance Charges** (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $16,210.05 | 0.06342% D | 23.15% | $308.41 |
| Cash | $0.00 | 0.06342% D | 23.15% | $0.00 |

**ANNUAL PERCENTAGE RATE applied this period:  23.15%**

 **At Your Service** - Go to www.capitalone.com to manage your account, or Call 1-800-955-7070 to report a lost or stolen card or speak to Customer Relations

 **Pay Online** at www.capitalone.com or mail your payment to:
Capital One Bank (USA), N.A.  • P.O. Box 60599  • City of Industry, CA 91716-0599

 **Send Inquiries to:**
Capital One • P.O. Box 30285  • Salt Lake City, UT 84130-0285

 **Manage your Rewards** online by visiting
www.capitalone.com/milesrewards
or Call 1-800-228-3001

 **Have a question about a charge on your statement?**
Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/disputes

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

1 4034441431625498 06      0000000477000468009

500339

# Coming in February

# A monthly statement with new clarity and changes for the better.

## Now that's a statement worth learning about.
Preview at capitalone.com/new-statement/rewards



| Previous Balance | Payments & Credits | | FINANCE CHARGE | | Transactions | | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|---|---|---|
| $15,987.56 | $468.00 | + | $134.69 | + | $146.87 | = | $15,801.12 | $292.00 | Feb. 01, 2010 |

PLEASE PAY AT LEAST THIS AMOUNT

Dec. 07, 2009 — Jan. 06, 2010     Page 1 of 1

**Visa Platinum Account**
4034-4414-3162-5498

**No Hassle REWARDS**

**Your Account Information**

| TOTAL CREDIT LINE | $22,800.00 |
|---|---|
| TOTAL AVAILABLE CREDIT | $6,998.88 |
| CREDIT LINE FOR CASH | $4,560.00 |
| AVAILABLE CREDIT FOR CASH | $4,560.00 |

*Renewal Notice - See both sides of the first page of this statement for important renewal information related to your account.

**Rewards Summary**

| Previous available balance: | 10,010- |
|---|---|
| Earned this period: | 10,108 |
| (reflects transactions posted during this billing cycle) | |
| Forfeited this period: | 108- |
| Available Balance: | 10- |

**Payments, Credits & Adjustments**

| 1 | 02 JAN | CAPITAL ONE ONLINE PYMT AuthDate 02 JAN | $468.00- |
|---|---|---|---|

**Transactions**

| 2 | 28 DEC | REPLACEMENTS*TABLEWARE 800-REPLACE NC | $107.87 |
|---|---|---|---|
| 3 | 31 DEC | PAST DUE FEE | $39.00 |

**Finance Charges** (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $16,020.91 | 0.02712% | 9.90% | $134.69 |
| Cash | $0.00 | 0.02712% | 9.90% | $0.00 |

**ANNUAL PERCENTAGE RATE** applied this period:     9.90%

**At Your Service** - Go to www.capitalone.com to manage your account, or Call 1-800-955-7070 to report a lost or stolen card or speak to Customer Relations

**Pay Online** at www.capitalone.com or mail your payment to:
Capital One Bank (USA), N.A.    • P.O. Box 60599    • City of Industry, CA 91716-0599

**Send Inquiries to:**
Capital One • P.O. Box 30285    • Salt Lake City, UT 84130-0285

**Manage your Rewards** online by visiting www.capitalone.com/milesrewards or Call 1-800-228-3001

**Have a question about a charge on your statement?**
Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/disputes

Good News: Because of your on-time payment history, some or all of your Annual Percentage Rates (APRs) have been returned to your Non-Introductory Rate.

HELPFUL PAYMENT HINT: We understand that making only the minimum payment may be the best choice for you. However, you'll pay less interest and repay your balance sooner if you pay more than the minimum whenever possible. To estimate how long it may take to repay your balance given your specific terms and different payment amounts, visit www.capitalone.com/calculator.

You were assessed a past due fee because your minimum payment was not received by the due date. To avoid this fee in the future, we recommend that you allow at least 7 business days for your minimum payment to reach Capital One.

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

1 4034441431625498 06          0000000468000292002

500347



With Rewards from Capital One
Choose to snooze on a cruise...
you can:

*Rewards*
Get a stack of cool cash back...
shop till you drop...

**Capital**One®
www.capitalone.com

over ➔

| | | |
|---|---|---|
| | Page 1 of 2   **1-800-955-7070**<br>www.capitalone.com | **Jan. 07 - Feb. 06, 2010   31 Days in Billing Cycle** |

LATE PAYMENT WARNING: If we do not receive your minimum payment by your due date, you may have to pay a $39.00 late fee and your APRs may be increased up to the Penalty APR of 29.40%.

| **VISA PLATINUM** | | XXXX-XXXX-XXXX-5498 |
|---|---|---|
| **NEW BALANCE** | **MINIMUM PAYMENT** | **DUE DATE** |
| **$15,873.16** | **$293.00** | **Mar 03, 2010** |
| | PLEASE PAY AT LEAST THIS AMOUNT | |
| Credit Limit: $16,400.00 | | Cash Credit Limit: $4,560.00 |
| Available Credit: $526.84 | | Available Credit for Cash: $526.84 |

| Previous Balance | | Payments and Credits | | Fees and Interest Charged | | Transactions | | New Balance |
|---|---|---|---|---|---|---|---|---|
| $15,801.12 | – | $331.00 | + | $134.51 | + | $268.53 | = | $15,873.16 |

**TRANSACTIONS**

**PAYMENTS, CREDITS & ADJUSTMENTS FOR SUZANNE K JACOB #5498**

| 1 | 31 DEC | LATE PAYMENT FEE ADJUSTMENT | ($39.00) |
|---|---|---|---|
| 2 | 01 FEB | CAPITAL ONE ONLINE PYMTAuthDate 01-FEB | ($292.00) |

**TRANSACTIONS FOR SUZANNE K JACOB #5498**

| 1 | 11 JAN | MARIELA'S BRIDAL B214-948-6728TX | $261.10 |
|---|---|---|---|
| 2 | 02 FEB | APL*ITUNES866-712-7753CA | $7.43 |
| | | ▶ **Total Transactions This Period** | **$268.53** |

**FEES**

| | Total Fees This Period | $0.00 |
|---|---|---|
| | Total Fees This Year | $0.00 |

**INTEREST CHARGED**

| | INTEREST CHARGE:PURCHASES | $134.51 |
|---|---|---|
| | Total Interest This Period | $134.51 |
| | Total Interest This Year | $269.20 |

Transactions continue on page 2

**REWARDS INFORMATION**

| | |
|---|---|
| PREVIOUS AVAILABLE REWARDS BALANCE | 10- |
| REWARDS EARNED THIS PERIOD | 268 |
| (reflects transactions posted during this billing cycle) | |
| ADJUSTMENTS THIS PERIOD | 108 |
| AVAILABLE BALANCE AS OF 02/06/2010 | 366 |

For up-to-date rewards tracking, visit
www.capitalone.com/milesrewards
or simply call 1-800-228-3001

**✓No Hassle** rewards™

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

1 4034441431625498 06 0000000292000293003

*Personal Purchases
* #*

## CERTIFICATE OF SERVICE
## FOR DOCUMENTS FILED USING CM/ECF

**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on March 24, 2010, I electronically filed the foregoing with the Clerk of the Court in the United States District Court for the Southern District of Iowa, by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system will send notification of such filing to the following:

G. Wylie Pillers, III
Pillers Law Offices
1127 N. Second Street, Suite D
Clinton, IA 52732
wpillars@quest.net
Attorney for Plaintiff
Robert W. Kramer, III,
d/b/a CIS Internet Services

Brad J. Brady
Matthew Preston
Brady & O'Shea PC
2735 1st Avenue SE
Cedar Rapids, IA 52402
mpreston@bradyoshea.com
bbrady@bradyoshea.com
Attorney for Plaintiff
Robert W. Kramer, III,
d/b/a CIS Internet Services

Ted E. Breckenfelder
Breckenfelder Law Firm
220 N. Main Street, Suite 501
Davenport, IA 52801
t.breckenfelder@worldnet.att.net
Assigned to Defendant
Gary C. Brown (Pro se)

Davis L. Foster
Foster Law Office
720 S. Dubuque Street, Suite 1
P.O. Box 720
Iowa City, IA 52244
dfoster@fosterlaw.com
Attorney for Defendant Henry Perez

I certify that on March 24, 2010, I have mailed by United States Postal Services these documents to the following non-ECF system participants:

US Mail -          Gary C. Brown (Pro Se)
                   6616 E. Mountain View Road
                   Scottsdale, AZ 85253


                   s/ Diane B. Bratvold