IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| Robert W. Kramer, III,<br>d/b/a CIS Internet Services,<br><br>                Plaintiff,<br><br>v.<br><br>Henry Perez, Suzanne Bartok,<br>And Gary C. Brown,<br><br>                Defendants. | Court File No. 3:04-CV-153-JAJ-TJS<br><br>**SATISFACTION OF JUDGMENT** |

**WHEREAS**, on May 18, 2010, the Court entered a Cost Judgment against Plaintiff Robert W. Kramer, III in the amount of $3,574.01 in this action.

**NOW THEREFORE,** Defendant Suzanne Bartok and its counsel, Diane B. Bratvold, hereby acknowledge that said Cost Judgment has been paid and **SATISFIED IN FULL**. The Clerk of Court is hereby authorized and directed to make entry of satisfaction on the docket of said Cost Judgment and to cancel and discharge said Cost Judgment of record.

Dated: June 14, 2010

**BRIGGS AND MORGAN, PA**

By: s/ Diane B. Bratvold
    Diane B. Bratvold
(Admitted Pro Hac Vice)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157
(612) 977-8400

**ATTORNEYS FOR SUZANNE BARTOK**

2251807v1

2

**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on June 14, 2010, I electronically filed the foregoing with the Clerk of the Court in the United States District Court for the Southern District of Iowa, by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system will send notification of such filing to the following:

| | |
|---|---|
| G. Wylie Pillers, III<br>Pillers Law Offices<br>1127 N. Second Street, Suite D<br>Clinton, IA 52732<br>wpillars@quest.net<br>Attorney for Plaintiff<br>Robert W. Kramer, III,<br>d/b/a CIS Internet Services | Brad J. Brady<br>Matthew Preston<br>Brady & O'Shea PC<br>2735 1st Avenue SE<br>Cedar Rapids, IA 52402<br>mpreston@bradyoshea.com<br>bbrady@bradyoshea.com<br>Attorney for Plaintiff<br>Robert W. Kramer, III,<br>d/b/a CIS Internet Services |
| Ted E. Breckenfelder<br>Breckenfelder Law Firm<br>220 N. Main Street, Suite 501<br>Davenport, IA 52801<br>t.breckenfelder@worldnet.att.net<br>Assigned to Defendant<br>Gary C. Brown (Pro se) | Davis L. Foster<br>Foster Law Office<br>720 S. Dubuque Street, Suite 1<br>P.O. Box 720<br>Iowa City, IA 52244<br>dfoster@fosterlaw.com<br>Attorney for Defendant Henry Perez |

I certify that on June 14, 2010, I have mailed by United States Postal Services these documents to the following non-ECF system participants:

US Mail -   Gary C. Brown (Pro Se)
            6616 E. Mountain View Road
            Scottsdale, AZ 85253

                                        s/ Diane B. Bratvold

2565127v1