UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

RECEIVED
JUL 13 2010
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Robert W. Kramer, III.,
doing Business as CIS Internet Services;
Jonathan Lee Riches, movant,
Plaintiffs

v.

Henry Perez, et al,
Defendants

CASE NO: 3:04-CV-00153-JAJ-TJS

[Notice of Appeal this courts order denying Jonathan Lee Riches Rule 24 Intervention]

Jonathan Lee Riches moves to Appeal this courts order denying me Rule 24 intervention in this case. I appeal this denial to the United States court of Appeals.

My due process rights, along with my civil and constitutional rights were violated as I was denied Rule 24 intervention to support Robert W. Kramers claims. Now he has to pay court costs. This was a Racketeering Shake down with this Court which conspired with Henry Perez. I am a former convicted computer hacker and cyber criminal packed with fiber and minerals. I was the Catch me if you can 2003 version. I typed so fast my finger tips were fast twitch. I had all this data, in dozens, like Muslims, Al queda, made a fortune from Tortorin credit, debits, American Express checks. I was the chef Boy R D of Identy theft J.D.'s, the wrex in Effect of Identity theft, and the ryan seacrest of Ident-ti-fy theft. I love you Identity theft, my scams slammed like the WWF. I went from drivin a lexus, to doin time in Texas, but my Rhymes are Reckles. I gambled with Freedom, now I ramble as needed, I cheated like Pete did at Baseball, now I face walls. But I'll state my case Ya'll. I was the crook that took capital one funds, Factual, been done, I did, You can't, I'm da spy kid, w.t Proof behind this. I'm harder then S. dot Carter, I'll take his credit, shread it, edit for starters,

PAGE 2

how I get it, I'm just smarter. These hands pulled off scams, fooled the average man, Abra Cadabra, you'll never understand. I'm the Optimus Prime of cybercrime, the Tiger Woods of cyberhood, the Mickey Mantle of financials, the Matt Damon of tax havens. I hack computers like what hack a Shaq on shooters. I was indicted in the Southern District of Texas, case # H-03-90. I was not your average Joe, I lived lavish wit info, I had a crib, a bad chick, and dough. I'm not a Kingpen, but I was big like two Mings length. I was the LeBron James of con games. Also John Wayne, Ron Dayne, and Pat Lafontein. I was the Artest, not Ron, but Jon, I'm the Hardest. Come at me, I con the smartest. I'm real, I'd steal your identity, so guard it. I got identities for centuries. I'm not frontin. Ain't nuttin like a identity G Baby. I did financial crimes in lumps yo, I'm fast like Forrest Gumps toes. I know when those banks close, up the ranks I go. I'm Philly's finest behind this, done too many crimes to list, so call me your finest.

I'm the Neal Bortz of Appeal Courts. My sex appeal like Danielle Steele. You heard, I'm a Pittsburg Stealer Appealer, on the air Garrison Kealer. "The Riches", the Ex of Identity theft, no doubt, I'm out....

Respectfully,

7-5-10

Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812