Case No. 3:04-CV-00153-JAJ-TJS

---

Dear Clerk,

Recently your Court received a request, purportedly from me, asking that I be named as a Plaintiff, Intervener or Movant in the above referenced Cause.

I did not sign that document. I did not authorize anyone else to use my name. I do not wish to be involved in any litigation of any type, in any manner, in this or any other District. The use of my signature on any document received by the Court before the above listed date of this letter is a forgery.

The person behind this act of forgery, identity theft and mail fraud is another inmate at this prison well known to the court system as an abusive frivolous filer. His name is  Jonathan Lee Riches, 40948-018. For the last several months Mr. Riches has been held in isolation in the prisons administrative segregation unit after filing lawsuits against staff members alleging many different illegal activities to include starvation, torture and sexual assault against his person. Over the last few months Mr. Riches has forged the signatures of dozens of inmates from this prison in lawsuits in over twenty different jurisdictional districts. The prison administration has let us know that since Mr. Riches is marking his outgoing mail "LEGAL MAIL", there is nothing they can do to stop his actions and that we must contact the courts ourselves.

1.  First and foremost I ask that because of the scurrilous and outrageous nature of the false allegations made about me in the motions, that they be stricken from the record and deleted from the electronic case file.
2.  I ask that my name be removed from the above referenced Cause in any capacity.
3.  I ask that my true and notarized signature listed below not be published or reproduced less it accidentally winds up in Mr. Riches possession.
4.  Any relief granted or sanction imposed against Mr. Riches for further misuse of my identity would be welcomed.

Respectfully Submitted,

*Billy Driggers*

Billy Driggers
13494-078
Federal Medical Center
PO Box 14500
Lexington, KY 40512

Notary #422097    exp. 6/27/2014

Subscribed and sworn to me this 8 day of Sept, 2010.

04-CV-66153-JAJ-TJS

52801+1502

Borrocers 13494-078
Federal Medical Center
P.O. Box 14500
Lexington KY 40512

Clerk, US District Court
131 East Fourth St.
Suite 150
Davenport, Iowa
52801

USA FIRST-CLASS FOREVER