Attn: Clerk of the Court                                    Date _____

Case No. MO-04-CV-082

RECEIVED
SEP 20 2010
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT IOWA

Dear Clerk,

Recently your Court received a request, purportedly from me, asking
that I be named as a Plaintiff, Intervener or Movant in the above ref-
erenced Cause.

I did not sign that document. I did not authorize anyone else to use
my name. I do not wish to be involved in any litigation of any type,
in any manner, in this or any other District. The use of my signature
on any document received by the Court before the above listed date of
this letter is a forgery.

The person behind this act of forgery, identity theft and mail fraud
is another inmate at this prison well known to the court system as an
abusive frivolous filer. His name is  Jonathan Lee Riches,40948-018.
For the last several months Mr. Riches has been held in isolation in
the prisons administrative segregation unit after filing lawsuits
against staff members alleging many different illegal activities to
include starvation, torture and sexual assault against his person.
Over the last few months Mr. Riches has logged the signatures of dozens
of inmates from this prison in lawsuits in over twenty different jur-
isdictional districts. The prison administration has let us know that
since Mr. Riches is marking his outgoing mail "LEGAL MAIL", there is
nothing they can do to stop his actions and that we must contact the
courts ourselves.

1.  First and foremost I ask that because of the scurrilous and out-
    rageous nature of the false allegations made about me in the mo-
    tions, that they be stricken from the record and deleted from the
    electronic case file.
2.  I ask that my name be removed from the above referenced Cause in
    any capacity.
3.  I ask that my true and notarized signature listed below not be
    published or reproduced less it accidentally winds up in Mr.
    Riches possession.
4.  Any relief granted or sanction imposed against Mr. Riches for fur-
    ther misuse of my identity would be welcomed.

                                    Respectfully Submitted,


                                    Mingo Reed
                                    15594-171
                                    Federal Medical Center
                                    PO Box 14500
                                    Lexington, KY 40512


Notary # 422097    exp 6-7/2014

Subscribed and sworn to me this 15 day of Sept , 2010.

Marco Rosel 15374-171
Federal Medical Center
PO Box 14500
Lexington Ky 40512

3:04-cv-0153-JAJ

Clerk, US District Court
131 E. 4th St.
Suite 150
Davenport, Iowa
52801

LEXINGTON KY 405

17 SEP 2010 PM 2 T

US POSTAGE PAID FCM LG
ENVELOPE